Dismissed and Opinion filed August 29, 2002









Dismissed and Opinion filed August 29, 2002.




 
 
 
  
 
 
 




 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00320-CR

____________

 

JONATHAN ROLLINS, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On
Appeal from the 177th District Court

Harris
County, Texas

Trial
Court Cause No. 895,743

 



 

M E M O R A N D U M   O
P I N I O N

A written request to withdraw the notice of appeal,
personally signed by appellant, has been filed with this Court.  See Tex.
R. App. P. 42.2.  Because this
Court has not delivered an opinion, we grant appellant=s request.

Accordingly, we order the appeal dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.

PER CURIAM

Judgment rendered
and Opinion filed August 29, 2002.

Panel consists of
Justices Edelman, Frost, and Guzman.

Do not publish ‑
Tex. R. App. P. 47.3(b).